**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DEC 11 2013

JAMES W. McCORMACK, CLERK
By:_____ *Sous*_____
                              DEP CLERK

MARLENE DAVIS-LILLY                                              PLAINTIFF

v.                       No. 4:13 cv 706 DPM

HOME DEPOT U.S.A., INC.                                         DEFENDANT

## NOTICE OF REMOVAL

Defendant, Home Depot, U.S.A., Inc., ("Home Depot") hereby removes the

action captioned "Marlene Davis-Lilly vs. Home Depot, U.S.A., Inc." bearing case

number 60CV-13-4182 on the docket of the Circuit Court of Pulaski County,

Arkansas, Third Division, to the United States District Court for the Eastern District

of Arkansas.  In support of this notice of removal, Home Depot pleads the following

grounds:                          This case assigned to District Judge _Marshall_
                                  and to Magistrate Judge_____ _Kearney_

1.

This civil action was filed by plaintiff, Marlene Davis-Lilly ("Plaintiff"), on

October 24, 2013 in the Circuit Court of Pulaski County, Arkansas, Third Division,

bearing case number 60CV-13-4182.

2.

Plaintiff was at the time of the filing of this action, and upon information and

belief still is, a resident and domiciliary of the State of Arkansas.

3.

Home Depot was at the time of the filing of this action, and still is, a foreign corporation that is incorporated in Delaware with its principal place of business in Atlanta, Georgia.

4.

Citation and the Complaint were served on Home Depot through its registered agent for service of process on November 15, 2013.

5.

In the Complaint filed on behalf of the Plaintiff, it is alleged that negligence on the part of Home Depot caused Plaintiff to sustain personal injury.

6.

Plaintiff's Complaint contains general allegations of damages and specifically references the following: "personal injuries, including, but not limited to, bruising and pain to her back, legs, and neck, and 3 herniated discs. Complications to her heart as she was recovering from heart surgery at the time of the fall." *See* Complaint ¶ 10, Exhibit "B" *in globo*.

7.

Plaintiff's Complaint also alleges entitlement to damages including emotional distress, past and future pain and suffering, past and future compensatory damages for medical and other pecuniary expenses, past and future economic losses, diminished earning capacity, damages for permanency of Plaintiff's injury and

condition; damages for scars and disfigurement. *See* Complaint ¶ 11, Exhibit "B" *in globo*.

8.

Further, Plaintiff's Complaint prays for judgment "in excess of any jurisdictional requirement for federal jurisdiction in diversity citizenship cases[.]" *See* Complaint, Exhibit "B" *in globo*.

9.

This is a civil action within the original jurisdiction of this Court under the provisions of 28 U.S.C. § 1332 and § 1367(a), and is thus removable to this Court pursuant to the provisions of 28 U.S.C. § 1441, *et seq.*, because the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states.

10.

In compliance with the requirements of 28 U.S.C. § 1446 (b), this notice of removal is filed within thirty (30) days after Home Depot has received a copy of the Complaint.

11.

In compliance with 28 U.S.C. §1446 (a), a copy of all process, pleadings and orders served upon Home Depot to date in state court are attached as Exhibit "B," *in globo*, and made a part hereof.

12.

In compliance with 28 U.S.C. §1446 (d), Home Depot hereby certifies that notice of removal is being served contemporaneously herewith to the adverse party, and to the Clerk of Court of the Circuit Court of Pulaski County, Arkansas, Third Division.

WHEREFORE, defendant, Home Depot, U.S.A., Inc., prays that this cause be removed from the Circuit Court of Pulaski County, Arkansas, Third Division, to this Honorable Court, to proceed thereafter in the United States District Court for the Eastern District of Arkansas.

Respectfully submitted,

_____
Richard N. Watts (Bar No. 82174)
WATTS, DONOVAN, & TILLEY, P.A.
Arkansas Capital Commerce Center
200 River Market Avenue, Suite 200
Little Rock, AR 72201-1769
Telephone: 501-372-1406
Facsimile: 501-372-1209
*Attorney for Defendant, Home Depot, U.S.A., Inc.*

## CERTIFICATE OF SERVICE

I, Richard N. Watts, hereby certify that a copy of the above and foregoing pleading was mailed to all attorneys of record as listed below this 11 day of December, 2013.

Gary Green
Law Offices of Gary Green
1001 La Harpe Blvd.
Little Rock, AR 72201

_____
RICHARD N. WATTS (82174)

ELECTRONICALLY FILED
2013-Oct-24 16:28:57
60CV-13-4182

## IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
_____ DIVISION

MARLENE DAVIS-LILLY                                    PLAINTIFF

vs.                          NO._____

HOME DEPOT U.S.A., INC.                                DEFENDANT

### COMPLAINT

Plaintiff, Marlene Davis-Lilly, for her cause of action against the Defendant, states:

### I. JURISDICTION AND VENUE

1.      This claim is brought pursuant to this Court's jurisdiction over personal injury claims based on negligence, such jurisdiction granted by Ark. Code Ann. §16-13-201. Plaintiff has suffered losses and damages in an amount in excess of any minimum requirement for federal court jurisdiction in diversity of citizenship cases.

2.      Venue is proper under Ark. Code Ann. §16-60-112 in that the incident herein complained of occurred in Pulaski County, Arkansas.

### II. PARTIES TO THE CLAIM

3.      Plaintiff, Marlene Davis-Lilly, is a resident of Jefferson County, Arkansas.

4.      At the time of the incident described further herein, Defendant, Home Depot U.S.A., Inc., was a foreign corporation licensed to do business in the State of Arkansas, and maintained its principal place of business in Atlanta, Sussex County, Delaware. Defendant, Home Depot U.S.A. Inc., may be served with process through its registered agent for service of process, Corporation Service Company, 300 Spring Street, Suite 900, Little Rock, Arkansas 72201.



EXHIBIT
A

## III. STATEMENT OF THE CLAIM

5.     On November 8, 2010, Plaintiff, Marlene Davis-Lilly, fell on a rolling cart of

paint that had been left out in an aisle directly behind the counter where she was asking questions

at  Home Depot U.S.A., Inc., Branch #8919 in Little Rock, Arkansas.  When Mrs. Davis-Lilly

approached the counter the rolling cart was not there.  An employee of defendant carelessly

placed it behind her while she was conducting business.  When she turned around to leave from

the counter she collided with the rolling cart and fell.  Mrs. Davis-Lilly was injured as a result of

the fall.  At said time and place, Defendant was conducting business at said location. There were

no signs, cones, barricades, or any other type of precautionary measure in place warning Plaintiff

of the hazardous and dangerous condition.  The condition was caused by the Defendant and

allowed to remain without any measures taken to abate the danger.  Defendant carelessly and

negligently, in disregard of the rights and safety of others, failed to clear the hazardous paint cart

from the customer aisle, causing Plaintiff to slip and fall on the paint cart, incurring injury.

Plaintiff claims business invitee status in accordance with all duties owed to Plaintiff by the

property owner, Defendant, Home Depot U.S.A., Inc..

## IV.  CAUSE OF ACTION

7.     The Defendant was guilty of negligence, which was the proximate cause of the

above described incident and Plaintiff's resulting damages in the following particulars:

(a)     in creating a hazardous and dangerous premises condition;

(b)     in failing to maintain the floor and aisleways in a safe condition to insure
        that the Plaintiff would not be caused to fall as a result of a hazardous and

dangerous premises condition which condition existed and which was

known or should have been known to the Defendant;

(c)    in failing to adequately warn Plaintiff of the hazardous and dangerous

premises condition;

(d)    in failing to exercise ordinary care in maintaining the premises in a

reasonably safe condition for the Plaintiff and others;

(e)    in failing to reduce or eliminate an unreasonable risk of harm created by a

premises condition which Defendant knew about, or in the exercise of

ordinary care reasonably should have known about;

(f)    in failing to properly check or inspect the floor to ensure its safe condition

to protect Plaintiff, wherein the Plaintiff was caused to slip and fall as a

result of a misplaced rolling platform of merchandise;

(g)    in failing to properly supervise employees in the area in question so as to

furnish to the Plaintiff a safe place, free from hazards which were

recognized or should have been recognized by Defendant, as causing or

likely to cause serious physical harm to the Plaintiff and others; and

(h)    in failing to comply with the applicable law and regulations of the state of

Arkansas.

8.    At all relevant times and places herein, Plaintiff was in the exercise of due care

and was without negligence on her part.

## V.   DAMAGES, PROXIMATE CAUSE AND CLAIM FOR RELIEF

9.     As a  proximate result of the aforesaid actions and negligence, Plaintiff has incurred expenses for medical care and attention.  These expenses were incurred for the necessary care and treatment of the injuries resulting from said Complaint. These charges are the reasonable, usual and customary charges made for such services.  Due to the negligence of the Defendant, Plaintiff has sustained damages which, otherwise, would not have occurred.

10.     As a proximate result of the negligence of the Defendant, Plaintiff sustained personal injuries, including, but not limited to, bruising and pain to her back, legs, and neck, and 3 herniated discs.   Complications to her heart as she was recovering from heart surgery at the time of the fall.

11.     Plaintiff claims the following damages, all of which were proximately caused by the negligence of the Defendant:

(a)     damages for emotional stress suffered by Plaintiff after the injury and continuing through the present;

(b)     damages for pain and suffering visited upon the Plaintiff due to her injuries;

(c)     damages for future pain and suffering;

(d)     compensatory damages for medical and other pecuniary expenses incurred and those reasonably and necessarily to be incurred in the future;

(e)     damages for economic loss already incurred, economic loss reasonably likely to be incurred in the future, and for Plaintiff's diminished capacity to earn;

(f)     damages for the permanency of Plaintiff's injury and condition;

(g)    damages for any scars, disfigurement and/or visible results of the injury

sustained by Plaintiff; and

(h)    any and all other damages allowed under state or federal law.

## VI.  DEMAND FOR JURY TRIAL

13.    Plaintiff respectfully demands a trial by jury.

WHEREFORE, Plaintiff, Marlene Davis-Lilly, respectfully prays for judgment against

Defendant, Home Depot, U.S.A., Inc., in excess of any jurisdictional requirement for federal

jurisdiction in diversity of citizenship cases; post judgment interest where applicable; court costs,

attorney fees, and for all other just and proper relief to which Plaintiff may be entitled.

Respectfully submitted,

/s/ Gary Green
Gary Green
Ark. Bar No. 79074
LAW OFFICES OF GARY GREEN
1001 La Harpe Boulevard
Little Rock, AR  72201
(501) 224-7400 (P)
(501) 224-2294 (F)
gary.green@gGreen.com

**Multiple claims.** If a complaint asserts multiple claims which involve different subject matter divisions of the circuit court, select the code for that division which is most definitive of the nature of the case should be selected and completed.

ELECTRONICALLY FILED
2013-Oct-24  16:28:57
60CV-13-4182

# COVER SHEET
# STATE OF ARKANSAS
# CIRCUIT COURT: CIVIL

The civil reporting form and the information contained herein shall not be admissible as evidence in any court proceeding or replace or supplement the filing and service of pleadings, orders, or other papers as required by law or Supreme Court Rule. This form is required pursuant to Administrative Order Number 8. Instructions are located on the back of the form.

## FILING INFORMATION

County: **Pulaski**　　　　　District:　　　　　Docket Number:

Judge:　　　　　Division:　　　　　Filing Date:

Plaintiff: **Marlene Davis-Lilly**　　　　　Defendant: **Home Depot #8919**

Attorney Providing Information:　　　　　11 Mabelvale Plaza Lane, Little Rock, AR  72209
Address

**Gary Green**
1001 La Harpe Blvd., Little Rock, AR  72201
☐ **Plaintiff**　　☐Defendant　　☐Intervenor

Litigant, If Pro Se:_____　　　　Address_____

Related Case(s):  Judge:_____　　　Case Number(s)_____

## TYPE OF CASE:

| Torts | | | Equity | | Miscellaneous | |
|---|---|---|---|---|---|---|
| ☐ | (NM) | Negligence:  Motor Vehicle | ☐ (FC) | Foreclosure | ☐ (CD) | Condemnation |
| ☐ | (NO) | Negligence:  Other | ☐ (QT) | Quite Title | ☐ (RP) | Replevin |
| ☐ | (BF) | Bad Faith | ☐ (IJ) | Injunction | ☐ (DJ) | Declaratory Judgment |
| ☐ | (FR) | Fraud | ☐ (PT) | Partition | ☐ (UD) | Unlawful Detainer |
| ☐ | (MP) | Malpractice | ☐ (OC) | Other_____ | ☐ (IN) | Incorporation |
| ☐ | (PL) | Products Liability | | | ☐ (EL) | Election |
| ☐ | (OT) | Other_____ | | | ☐ (FJ) | Foreign Judgment |
| | | | | | ☐ (WT) | Writs_____ |
| *Contracts* | | | | | ☐ (AA) | Administrative Appeal |
| ☐ | (IS) | Insurance | | | ☐ (CF) | Property Forfeiture |
| ☐ | (DO) | Debt:  Open Account | | | ☐ (RD) | Remove Disabilities |
| ☐ | (PN) | Debt:  Promissory Note | | | ☐ (NC) | Name Change |
| ☐ | (EM) | Employment | | | ☐ (OM) | Other_____ |
| ☐ | (OC) | Other | | | | |

**Jury Trial Requested:** ☐ Yes ☐ No　**Manner of Filing:**　☐ Original ☐ Re-open ☐ Transfer
　　　　　　　　　　　　　　　　　　　☐ Return from Federal/Bankruptcy Court

## DISPOSITION INFORMATION

Disposition Date:_____　☐ Bench Trial　☐ Non-Trial　☐ Jury Trial

| Judgment Type: | | Dismissal Type: | | Other: | |
|---|---|---|---|---|---|
| ☐ (DJ) | Default Judgment | ☐ (DW) | Dismissed with Prejudice | ☐ (TR) | Transferred to Another |
| ☐ (SJ) | Summary Judgment | ☐ (DN) | Dismissed without Prejudice | | Jurisdiction |
| ☐ (CJ) | Consent Judgment | | | ☐ (RB) | Removed to Bankruptcy Court |
| ☐ (TJ) | Trial Judgment | | | ☐ (RF) | Removed to Federal Court |
| ☐ (OJ) | Other Judgment | | | ☐ (AR) | Arbitration |
| ☐ (PG) | Petition Granted | | | | |
| ☐ (PD) | Petition Denied | | | | |
| ☐ (DF) | Decree of Foreclosure | | | | |

*Judgment For*
☐ Plaintiff　☐ Defendant　☐ Both　　　　Judgment Amount:  $_____

_____　　　　　　_____
Clerk Signature　　　　　　　　　　　　Date
AOC 23 10-01　　　　　　　　　　　　　Send 1 paper or electronic copy AOC upon filing.
625 Marshall Street　　　　　　　　　　Send 1 paper or electronic copy to AOC upon disposition.
Little Rock, AR 72201　　　　　　　　　Keep original in Court file.
**Effective 1-2-2002**

## IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
## HON. JAY MOODY - 3RD DIVISION 6TH CIRCUIT

MARLENE DAVIS-LILLY V HOME DEPOT U.S.A., INC

60CV-13-4182

**SUMMONS**

**THE STATE OF ARKANSAS TO DEFENDANT:**

HOME DEPOT U.S.A., INC
CORPORATION SERVICE COMPANY
300 SPRING ST, SUITE 900
LITTLE ROCK, AR  72201

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint.  Within 30 days after service of this summons on you (not counting the day you received it) - or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas - you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

GARY GREEN
1001 LAHARPE BLVD
LITTLE ROCK, AR  72201

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

Additional notices:

CLERK OF COURT

Address of Clerks Office

LARRY CRANE,  CIRCUIT CLERK
CIRCUIT COURT OF PULASKI COUNTY
401 W MARKHAM
LITTLE ROCK, AR  72201

*Christy R McDaniel*

CLERK Christy Renee McDaniel, DC

Date: 10/25/2013

No. 60CV-13-4182 This summons is for   HOME DEPOT U.S.A., INC (name of Defendant).

## PROOF OF SERVICE

❑ I personally delivered the summons and complaint to the individual at
_____[place] on _____ [date];
or

❑ I left the summons and complaint in the proximity of the individual by
_____ after he/she refused to receive it when I offered it to him/her; or

❑ I left the summons and complaint at the individual's dwelling house or usual place of abode at
_____[address] with _____[name], a person at least 14
years of age who resides there, on _____[date]; or

❑ I delivered the summons and complaint to _____[name of individual], an agent
authorized by appointment or by law to receive service of summons on behalf of
_____[name of defendant] on _____[date]; or

❑ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I served the summons
and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as
shown by the attached signed return receipt.

❑ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the
summons and complaint by first-class mail to the defendant together with two copies of a notice and
acknowledgment and received the attached notice and acknowledgment form within twenty days after
the date of mailing.

❑ Other [specify]:
_____

❑ I was unable to execute service because:
_____
_____

My fee is $ _____.

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____         SHERIFF OF _____ COUNTY, ARKANSAS

                             By: _____
                             [Signature of server]

_____
[Printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: _____        By: _____
[Signature of server]

_____
[Printed name]

Address: _____

_____

Phone: _____

Subscribed and sworn to before me this date: _____

_____
Notary Public

My commission expires: _____

Additional information regarding service or attempted service:

_____

_____

## IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
## HON. JAY MOODY - 3RD DIVISION 6TH CIRCUIT

<u>MARLENE DAVIS-LILLY V HOME DEPOT U.S.A., INC</u>

60CV-13-4182

**SUMMONS**

**THE STATE OF ARKANSAS TO DEFENDANT:**

HOME DEPOT U.S.A., INC
CORPORATION SERVICE COMPANY
300 SPRING ST, SUITE 900
LITTLE ROCK, AR  72201

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint.  Within 30 days after service of this summons on you (not counting the day you received it) - or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas - you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

GARY GREEN
1001 LAHARPE BLVD
LITTLE ROCK, AR  72201

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

Additional notices:

CLERK OF COURT

Address of Clerks Office

LARRY CRANE,  CIRCUIT CLERK
CIRCUIT COURT OF PULASKI COUNTY
401 W MARKHAM
LITTLE ROCK, AR  72201

CLERK Christy Renee McDaniel, DC

Date: 11/15/2013

No. 60CV-13-4182 This summons is for  HOME DEPOT U.S.A., INC (name of Defendant).

## PROOF OF SERVICE

❑ I personally delivered the summons and complaint to the individual at
_____[place] on _____ [date];
or

❑ I left the summons and complaint in the proximity of the individual by
_____ after he/she refused to receive it when I offered it to him/her; or

❑ I left the summons and complaint at the individual's dwelling house or usual place of abode at
_____[address] with _____[name], a person at least 14
years of age who resides there, on _____[date]; or

❑ I delivered the summons and complaint to _____[name of individual], an agent
authorized by appointment or by law to receive service of summons on behalf of
_____[name of defendant] on _____[date]; or

❑ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I served the summons
and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as
shown by the attached signed return receipt.

❑ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the
summons and complaint by first-class mail to the defendant together with two copies of a notice and
acknowledgment and received the attached notice and acknowledgment form within twenty days after
the date of mailing.

❑ Other [specify]:
_____

❑ I was unable to execute service because:
_____
_____

My fee is $ _____.

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____        SHERIFF OF _____ COUNTY, ARKANSAS

                              By: _____
                              [Signature of server]

_____
[Printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: _____      By: _____
                          [Signature of server]


                          _____
                          [Printed name]

Address: _____
_____

Phone: _____

Subscribed and sworn to before me this date: _____


                          _____
                          Notary Public

My commission expires: _____

Additional information regarding service or attempted service:
_____
_____

THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS

MARLENE DAVIS-LILLY                                          PLAINTIFF

v.                                    60CV-13-4182

HOME DEPOT, U.S.A., INC.                                    DEFENDANT

### SUMMONS

**THE STATE OF ARKANSAS TO DEFENDANT:**

Home Depot U.S.A., Inc.
Registered Agent Corporation Service Company
300 Spring Street
Suite 900
Little Rock, AR 72201

A lawsuit has been filed against you.  The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are: **Law Offices of Gary Green, P.A., 1001 La Harpe Boulevard, Little Rock, AR 72201.**

If you fail to respond within the applicable time period, judgment by default will be entered against you for the relief demanded in the complaint.

CLERK OF COURT

Address of Clerk's Office

_____

_____              _____ [Signature of
                                      Clerk or Deputy Clerk]

                                      Date:_____

[SEAL]

No. 60CV-13-4182

**This summons is for *Home Depot U.S.A., Inc.***

## PROOF OF SERVICE

☐ I personally delivered the summons and complaint to the individual at _____ _____[place] on _____ [date]; or

☐ I left the summons and complaint in the proximity of the individual by _____ _____ after he/she refused to receive it when I offered it to him/her; or

☐ I left the summons and complaint at the individual's dwelling house or usual place of abode at _____[address] with _____[name], a person at least 14 years of age who resides there, on _____[date]; or

☐ I delivered the summons and complaint to _____[name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of _____[name of defendant] on _____[date]; or

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

☐ Other [specify]: _____

☐ I was unable to execute service because: _____

_____

My fee is $ ____.

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____            SHERIFF OF _____ COUNTY, ARKANSAS

                                 By: _____
                                 [Signature of server]


                                 _____
                                 [Printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: _____            By: _____
                               [Signature of server]


                               _____
                               [Printed name]

Address: _____


         _____

Phone: _____

Subscribed and sworn to before me this date: _____


                               _____
                               Notary Public


My commission expires: _____


Additional information regarding service or attempted service:


_____


_____



Arkansas Judiciary

**Case Title:**     MARLENE DAVIS-LILLY V HOME DEPOT U.S.A., INC

**Case Number:**    60CV-13-4182

**Type:**           SUMMONS - FILER PREPARED

So Ordered

Nancy Sadler

Electronically signed by NLSADLER on 2013-11-18 16:51:52    page 4 of 4

# AFFIDAVIT OF SERVICE

ELECTRONICALLY FILED
2013-Nov-20 12:56:22
60CV-13-4182

**State of Arkansas**                    **County of Pulaski**                    **Circuit Court**

Case Number: 60CV-13-4182

Plaintiff:
**Marlene Davis-Lilly**
vs.
Defendant:
**Home Depot U.S.A., Inc**

For: Mr. Gary Green
LAW OFFICES OF GARY GREEN

Received by MYERS ATTORNEY'S SERVICE on the 15th day of November, 2013 at 12:11 pm to be served on **Home Depot U.S.A., Inc by serving Corporation Service Company, 300 Spring St., Suite 900, Little Rock, AR 72201**. I, _Mellody Brackemyer_, being duly sworn, depose and say that on the _15_ day of _November_, 2013 at _13:30_ m, executed service by delivering a true copy of the **SUMMONS, NOTICE, COMPLAINT**, in accordance with state statutes in the manner marked below:

( ) GOV.AGENCY: By Serving _____ As _____ of the within-named agency.

(x) CORPORATE SERVICE: By Serving _Denise Hostetler_ as _Corporation Service Company employee_.

( ) OTHER SERVICE: See Comments Below:

( ) NON SERVICE: See Comments Below:

Service Was Completed At:
_300 S Spring, #900, Little Rock, AR_

**COMMENTS:** _____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

_Youree Crook_
NOTARY PUBLIC

Youree Crook
County Of Pulaski
Notary Public - Arkansas
My Commission Exp. 03/21/2015

_Mellody Brackemyer_
PROCESS SERVER # _____
Appointed in accordance with State Statutes

**MYERS ATTORNEY'S SERVICE**
**300 Spring Building**
**300 Spring Street, Suite 400**
**Little Rock, AR 72201**
**(501) 376-6266**
Our Job Serial Number: 2013005846

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m

