IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MARLENE DAVIS-LILLY                                                PLAINTIFF

v.                          No. 4:13-cv-706-DPM

HOME DEPOT USA INC.                                              DEFENDANT

## JUDGMENT

Davis-Lilly's claims against Home Depot USA Inc. are dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

27 August 2014